

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, February 3, 2015

No. 04-14-00783-CR

Joseph Thomas **GABAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5442
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's unopposed motion to abate is GRANTED, and this appeal is abated to the trial court for the entry of a written order containing findings of fact and conclusions of law in compliance with TEX. CODE CRIM. PROC. ANN. art. 38.22, §6. The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

Keith E. Hottle
Clerk of Court